PER CURIAM.
We reverse the sentence imposed in this case and remand for a new sentencing hearing. See State v. Cruz, 710 So.2d 123 (Fla. 4th DCA 1998); White v. State, 702 So.2d 1327 (Fla. 4th DCA 1997); State v. Alvarez, 709 So.2d 194 (Fla. 3d DCA 1998); State v. Hillhouse, 708 So.2d 326 (Fla. 2d DCA 1998). On remand, the new sentencing. hearing *808 should be conducted pursuant to Florida Rule of Criminal Procedure 3.700(c)(1).
KLEIN, SHAHOOD and GROSS, JJ., concur.